# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MONTANA LEE COVINGTON,<br><br>Defendant. | CR-24-66-GF-BMM<br><br>**ORDER** |

A grand jury issued a one count Indictment on August 22, 2024, charging Montana Lee Covington for being a prohibited person in possession of a firearm in violation of 18 U.S.C. § 922(g)(1). (Doc. 1) Covington moved to dismiss the charges contained in the Indictment on October 21, 2024. (Doc. 19.) Covington pleaded guilty to Count I of the Indictment on May 12, 2025. (Doc. 31.)

Covington contends that 18 U.S.C. § 922(g)(1) violates his Second Amendment Rights pursuant to *New York State Rifle & Pistol Association, Inc. v. Bruen*, 597 U.S. 1 (2022). (Doc. 20 at 2.) The Ninth Circuit recently rejected this argument en banc in *United States v. Duarte*, 137 F.4th 743 (9th Cir. 2025). Pursuant to Covington's plea of guilty and the Ninth Circuit's decision in *United States v. Duarte*, the Court denies Covington's motion to dismiss. Covington may elect to

1

appeal the Court's decision to preserve his claims in light of the pending petition in *United States v. Duarte* at the United States Supreme Court.

Accordingly, **IT IS ORDERED** that Covington's Motion to Dismiss (Doc. 19) is **DENIED**.

DATED this 17th day of September 2025.

_____
Brian Morris, Chief District Judge
United States District Court